IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LA TECA WILLIAMS, Individually
and on behalf of the heirs at law of
Teca Jordan, Deceased                                                    PLAINTIFF

VS.                           Case No. 04-CV-4117

SCOTT BRADSHAW, In his individual
capacity; TY BASILIERE, In his individual
capacity; CLINT TEDFORD, In his
individual capacity; CITY OF NASHVILLE,
ARKANSAS; and HOWARD COUNTY,
ARKANSAS                                                                 DEFENDANTS

## ORDER

Before the Court is Defendants' Motions for Judgment on the Pleadings. (Docs. 13 and 15) Plaintiff has responded. (Docs. 17 and 25) Also before the Court is Plaintiff's Motion for Leave to File First Amended Complaint. (Doc. 19) Separate Defendant Scott Bradshaw, In his individual capacity, has responded. (Docs. 21 and 26) Plaintiff has filed a reply. (Doc. 22) The Court held a hearing on these motions on November 17, 2005. For reasons discussed in the Memorandum Opinion of even date, the Court finds Defendants' Motions for Judgment on the Pleadings should be and hereby are **granted** and Plaintiff's Motion for Leave to File First Amended Complaint should be and hereby is **denied.** Plaintiffs' claims against Defendants are hereby dismissed with prejudice.

IT IS SO ORDERED, this 3rd day of January, 2006.

　　　　　　　　　　　　　　　　　　　 /s/ Harry F. Barnes
　　　　　　　　　　　　　　　　　　　Hon. Harry F. Barnes
　　　　　　　　　　　　　　　　　　　U.S. District Court